```
1  MICHAEL E. MOSS  63408
   DOUGLAS TUCKER  172550
2  NEAL D. DOUGLASS  227976                    2005 AUG 12  P 3: 07
   KIMBLE, MacMICHAEL & UPTON
3  A Professional Corporation                  CLERK,    DIST COURT
   5260 North Palm, Suite 221                  EASTE           CALIF
4  Post Office Box 9489
   Fresno, California 93792-9489               BY____
5  Telephone: (559) 435-5500
```

Attorneys for Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, IBEW LOCAL UNION NO. 100 VACATION FUND, NATIONAL ELECTRICAL BENEFIT FUND, and BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND, and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> DATA-COMMUNICATIONS SERVICES, INC., a California corporation, <br><br> Defendant. | Case No. 1:04-CV-5380-AWI-TAG <br><br> [PROPOSED] ORDER RE] DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DATA-COMMUNICATIONS SERVICES, INC. |

The above-entitled action is hereby dismissed by Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100

---

1

[Proposed Order Re] Dismissal Without Prejudice Of Defendant Data-Communications Services, Inc.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P O. Box 9489
FRESNO, CA 93792-9489

1  HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING
2  TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO.
3  100 VACATION FUND and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9
4  PENSION PLAN TRUST FUND as against defendant DATA-COMMUNICATIONS
5  SERVICES, INC., without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
6  Procedure.
7  Dated: August 4th, 2005

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By: _____
NEAL D. DOUGLASS
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF IBEW LOCAL
UNION NO. 100 PENSION TRUST FUND, IBEW
LOCAL UNION NO. 100 HEALTH AND
WELFARE TRUST FUND, JOINT ELECTRICAL
INDUSTRY TRAINING TRUST FUND,
NATIONAL ELECTRICAL BENEFIT FUND,
IBEW LOCAL UNION NO. 100 VACATION
FUND and BOARD OF TRUSTEES OF IBEW
DISTRICT NO. 9 PENSION PLAN TRUST FUND

The Court hereby consents to the above-referenced dismissal.

8-12-05

_____
United States District Court Judge

617834 94 166 dis10705 1

LAW OFFICES
Kimble, MacMichael
& Upton
A Professional Corporation
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno CA 93792-9489

2
[Proposed Order Re] Dismissal Without Prejudice Of Defendant Data-Communications Services, Inc.